IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

               Plaintiff,

               Case No. 24-cv-370-jdp

    v.

GLORIA E. BENJAMIN, and
ST. CROIX CHIPPEWA INDIANS
OF WISCONSIN,

               Defendants.

## ORDER CONFIRMING SALE

On reading and filing the report of the United States Marshal for the Western District of Wisconsin, appointed under the judgment entered in the above action to make sale of the leasehold premises described in the complaint herein, and it appearing: that due notice of the application to confirm the report and sale was given by mail to all parties or their authorized representatives; that the United States Marshal in making the sale has complied with the judgment of foreclosure entered in this case and with the applicable statutes; that the monies from the sale were insufficient to pay the whole amount adjudged to the plaintiff, United States of America, together with interest and costs; that the deficiency in that respect being in the amount of $5,512.98; and that deficiency judgment is not being sought in this action.

Now, therefore, on motion of the Plaintiff for confirmation of the sale of the subject premises,

IT IS ORDERED:

1.      That the sale of the leasehold mortgaged premises involved in the above action to the U.S. Department of Housing and Urban Development, for the sum of $185,408.92, and the United States Marshal's report of sale, are hereby in all things approved and confirmed.

2.      That upon the entry and filing of this Order with the Clerk of the United States District Court for the Western District of Wisconsin, and upon the payment of the balance due to the United States Marshal, the United States Marshal shall deliver the United States Marshal's Conveyance of Leasehold Interest for the premises involved in this action to:

> U.S. Department of Housing and Urban Development
> c/o Barbara L. Oswald
> U.S. Attorney's Office, Western District of Wisconsin
> 222 W. Washington Avenue, Suite 700
> Madison, Wisconsin 53703

3.      That the United States Marshals Service shall bear its own costs and fees.

4.      That the United States Attorney's costs are as follows:

(b)     Publishing Fee              $527.79

        TOTAL EXPENSES       $527.79

The United States Attorney's Office shall bear its own costs and fees.

Entered this _____4TH_____ day of _AUGUST_____, 2026.

BY THE COURT:

Jim D. Peterson

_____
JAMES D. PETERSON
United States District Judge
Western District of Wisconsin

2